IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RACHEL M. DUNLAP,

    Plaintiff,                                                CV-08-6119-MA

    v.                                                        JUDGMENT

MICHAEL ASTRUE, Commissioner of
Social Security,

    Defendant.

    Based on the record, and the Opinion and Order filed herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is remanded for further proceedings consistent with the opinion.

    Dated this 15 day of October, 2009.

                                           /s/ Malcolm F. Marsh
                                           Malcolm F. Marsh
                                           United States District Judge

1 - JUDGMENT